# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:20-cr-00053-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| TRAVIS JERELL JORDAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 34].

Upon review of the Government's Motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 34] is **GRANTED**, and the Bill of Indictment in the above-captioned case is hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Suppress [Doc. 16] is hereby **DENIED AS MOOT**.

The Clerk is directed to provide copies of this Order to counsel for the Government, counsel for the Defendant, the U.S. Marshals Service, and the U.S. Probation Office.

**IT IS SO ORDERED.**

Signed: January 26, 2021

Martin Reidinger
Chief United States District Judge